UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

VS.                                                    CRIMINAL NO:  11-20127

LEANDRO BERDUO-ROBLERO

_____/

## ORDER GRANTING ACCESS TO WAYNE COUNTY JAIL

IT IS ORDERED THAT, Sara Pallero, interpreter in the above cause is allowed to

accompany and United States Probation Officer Christine Fush into the Dickerson facility on

March 21, 2011, at 8:00 a.m.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  March 17, 2011March 17, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of
record on March 17, 2011March 17, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager