UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      VS.                                  CRIMINAL NO:  11-20127

LEANDRO BERDUO-ROBLERO

_____/

## ORDER GRANTING ACCESS TO DICKERSON

IT IS ORDERED THAT, Sara Pallero, interpreter in the above cause is allowed to accompany and United States Probation Officer Christine Fush into the Dickerson facility on March 21, 2011, at 8:00 a.m.

                              s/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated:  March 17, 2011March 17, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on March 17, 2011March 17, 2011, by electronic and/or ordinary mail.

                              s/Marilyn Orem
                              Case Manager